## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

_____

| | |
|---|---|
| **MARCIA PALIZIA CRUZ,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 05-2136 |
| **JUDY BUSING, et al.,** | ) |
| **Defendants.** | ) |

## **ORDER**

A Report and Recommendation (#22) was filed by the Magistrate Judge in the above cause on September 7, 2005. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) The Motion to Dismiss (#14) filed by the individual defendants is GRANTED. Defendants Judy Busing, Dreux Lewandowski, Tamara Bennett, Carla Vercellino, Mark McAfee, Pat Jablonsky, Gene Hurelbrink, and Carole Richardson are terminated as parties to this litigation.

(2) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 26th day of September, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE